# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KAGAN, ELENA | SUPREME COURT OF THE UNITED STATES | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE OF THE SUPREME COURT OF THE UNITED STATES | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1 FIRST STREET NE
WASHINGTON, D.C. 20543

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VISITING PROFESSOR (AUGUST 2019) | HARVARD LAW SCHOOL |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2019 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE - TEACHING | $17,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | FORDHAM LAW SCHOOL | FEBRUARY 3-5, 2019 | NEW YORK, NY | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 2. | HARVARD LAW SCHOOL | AUGUST 24-30, 2019 | CAMBRIDGE, MA | TEACHING, SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 3. | YALE LAW SCHOOL | SEPTEMBER 10-13, 2019 | NEW HAVEN, CT | CONFERENCE, SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 4. | UNIVERSITY OF CALIFORNIA-BERKELEY SCHOOL OF LAW | SEPTEMBER 21-23, 2019 | BERKELEY, CA | SPEECH | TRANSPORTATION, HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **KAGAN, ELENA** | 05/14/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | UNIVERSITY OF MINNESOTA LAW SCHOOL | OCTOBER 20-21, 2019 | MINNEAPOLIS, MN | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 6. | UNIVERSITY OF COLORADO LAW SCHOOL | OCTOBER 22-23, 2019 | BOULDER, CO | SPEECH | TRANSPORTATION, HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KAGAN, ELENA** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION CASH ACCOUNT | A | Interest | K | T | | | | | |
| 2. FRANKLIN TEMPLETON MUTUAL BEACON FUND | D | Dividend | M | T | | | | | |
| 3. VANGUARD PRIME MONEY MKT FUND | A | Dividend | | | Sold | 01/11/19 | K | | |
| 4. VANGUARD TOTAL STOCK MKT INDEX ADM | D | Dividend | N | T | | | | | |
| 5. VANGUARD TOTAL INTL STOCK INDEX ADMIRAL | B | Dividend | K | T | | | | | |
| 6. UNIV. OF CHICAGO RET - TIAA TRADITIONAL GUARANTEED FIXED ANNUITY | C | Interest | L | T | | | | | |
| 7. UNIV. OF CHICAGO RET - CREF STOCK QCSTIX | | None | L | T | | | | | |
| 8. UNIV. OF CHICAGO RET - CREF BOND MARKET VIABILITY ANNUITY QCBMIX | | None | K | T | | | | | |
| 9. UNIV. OF CHICAGO RET - TIAA - VANGUARD TOTAL BOND MKT FUND INST PLUS | A | Dividend | K | T | | | | | |
| 10. UNIV. OF CHICAGO RET - TIAA - VANGUARD INST INDEX FUND INST PLUS | B | Dividend | L | T | | | | | |
| 11. UNIV. OF CHICAGO RET - TIAA -VANGUARD INST TARGET RETIREMENT 2025 INST | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 12. IRA #1 - FIDELITY MAGELLAN FUND | E | Dividend | M | T | | | | | |
| 13. IRA #1 - FIDELITY PURITAN FUND | D | Dividend | M | T | | | | | |
| 14. IRA #1 - FIDELITY INTERMED BOND FUND | B | Dividend | L | T | | | | | |
| 15. IRA #2 - VANGUARD TOTAL BOND MKT INDEX ADMIRAL SHS (SEE PART VIII) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 16.  IRA #2 - VANGUARD FED MONEY MKT FUND | A | Dividend | J | T | | | | | |
| 17.  IRA #2 - VANGUARD WELLESLEY INC FUND | C | Dividend | L | T | | | | | |
| 18.  IRA #2 - VANGUARD 500 INDEX FUND ADMIRAL SHS (SEE PART VIII) | A | Dividend | L | T | | | | | |
| 19.  IRA #2 - VANGUARD INTL EXPLORER FUND | B | Dividend | K | T | | | | | |
| 20.  BNY MELLON US MORTGAGE FUND INC - CLASS Z (SEE PART VIII) | A | Dividend | J | T | | | | | |
| 21.  VANGUARD - GNMA FUND INVESTOR SHARES | A | Dividend | J | T | | | | | |
| 22.  CHARLES SCHWAB MONEY MARKET FUND ACCOUNT | A | Dividend | K | T | Distributed (part) | 06/11/19 | J | | |
| 23.  SCHWAB S&P 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 24.  WASHINGTON, DC - RENTAL PROPERTY | B | Rent | K | W | | | | | |
| 25.  CITIBANK CASH ACCOUNT | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 15.  THE NAME OF THE ASSET LISTED ON PART VII, LINE 15 WAS CHANGED FROM VANGUARD TOTAL BOND MKT INDEX TO VANGUARD TOTAL BOND MKT INDEX ADMIRAL SHS.

PART VII, LINE 18.  THE NAME OF THE ASSET LISTED ON PART VII, LINE 18 WAS CHANGED FROM VANGUARD 500 INDEX FUND TO VANGUARD 500 INDEX FUND ADMIRAL SHS.

PART VII, LINE 20.  THE NAME OF THE ASSET LISTED ON PART VII, LINE 20 WAS CHANGED FROM DREYFUS US MORTGAGE FUND – CLASS Z TO BNY MELLON US MORTGAGE FUND INC - CLASS Z.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELENA KAGAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544